**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6054**

_____

KENNETH RAY, a/k/a Kenneth J. Ray, a/k/a Kenneth Feochie
Ray, a/k/a Kenneth F. Ray,

                 Petitioner - Appellant,

     v.

HENRY MCMASTER; WARDEN, BROAD RIVER CORRECTIONAL
INSTITUTION,

                 Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry M. Herlong, Jr., District
Judge.  (8:08-cv-03837-HMH)

_____

Submitted:  May 21, 2009          Decided:  May 28, 2009

_____

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Kenneth Ray, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2006). The magistrate judge recommended that relief be denied and advised Ray that failure to file timely and specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Ray failed to file specific objections to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Ray has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED